1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    EZEKIEL ISIAH DELGADO,                    No.  2:21-cv-1084 TLN DB P

12                  Petitioner,

13          v.                                  ORDER

14    PEOPLE OF THE STATE OF
      CALIFORNIA,
15
                    Respondent.
16

17          Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application

18    for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner moves for the appointment of

19    counsel and for an extension of time to file a traverse.  In light of the complexity of the legal

20    issues involved, this court has determined that the interests of justice require appointment of

21    counsel.  See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th

22    Cir. 1983).  This court finds good cause for the requested extension of time.

23          Accordingly, IT IS HEREBY ORDERED that:

24          1. Petitioner's motion for the appointment of counsel (ECF No. 18) is granted.  The

25    Federal Defender is appointed to represent petitioner.

26          2. Petitioner's motion for an extension of time to file a traverse (ECF No. 18) is granted.

27    Petitioner shall file any traverse within 90 days of the filed date of this order.

28          3. The Clerk of the Court shall serve a copy of this order on the Federal Defender,

1

1  Attention: Habeas Appointment.

2      4. A status conference is set for December 10, 2021 at 10:00 a.m. in courtroom 27.

3      5. All parties shall appear at the status conference by counsel.

4      6. Fourteen days prior to the conference, the parties shall file and serve status reports

5  which address the timing and order of the following matters:

6          a. Discovery and investigations;

7          b. Anticipated motions;

8          c. The need for and timing of an evidentiary hearing;

9          d. Enumeration and resolution of unexhausted claims; and

10         e. Possible future amendments to the pleadings.

11  The parties are advised that failure to timely file a status report may result in sanctions.

12  Dated: October 12, 2021

13

14  _____

15  DEBORAH BARNES
    UNITED STATES MAGISTRATE JUDGE

16

17

18

19  DLB:9
    DB prisoner inbox/habeas/R/delga1084.110a+111

20

21

22

23

24

25

26

27

28