UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZEKIEL DELGADO, | Case No. 2:21-cv-01084-TLN-DB |
| Petitioner, | |
| vs. | ORDER |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent | |

Based on the parties' stipulation, and good cause appearing, petitioner's motion for an extension of time to file a traverse (ECF No. 25) is granted. Petitioner's traverse is due April 11, 2022.

Further, the status conference set for January 14, 2022 is vacated. The court will schedule a status conference after a traverse is filed or the time for doing so has expired.

IT IS SO ORDERED.

Dated: January 3, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB prisoner inbox/habeas/R/delg1084.trav eot