Stephanie M. Adraktas
State Bar #215323
2625 Alcatraz Avenue, #233
Berkeley, CA 94705
415-699-1507
stephanieadraktas@att.net
Attorney for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZEKIEL DELGADO,<br><br>       Petitioner,<br><br>vs.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>       Respondent | Case No. 2:21-cv-01084-TLN-DB<br><br>STIPULATION AND ORDER EXTENDING TIME TO FILE PETITIONER'S TRAVERSE |

    Petitioner's counsel is requesting additional time to file the traverse in this case. The reason for petitioner's request is: yesterday, counsel received an email message notifying counsel that the trial prosecutor has located a copy of the interrogation video for this case. Undersigned counsel had been attempting to obtain a complete copy of the video from prior counsel with no success. The video is important because it depicts the circumstances of Mr. Delgado's interrogation, which is the subject of his *Miranda* claim. Moreover, the California Court of Appeal decision states that the Court reviewed a copy of the video and the decision repeatedly refers to the images on the video.

    Since the last extension was granted, counsel has completed an in-person visit with Mr. Delgado at the prison where he is incarcerated in Susanville. Counsel has also completed legal

STIPULATION AND ORDER EXTENDING TIME TO FILE PETITIONER'S TRAVERSE - 1

research and a draft of the traverse. Counsel is requesting a final extension of time to obtain a copy of the interrogation video from the DA, review the video and incorporate references from it into the traverse. Counsel will also be leaving for an out of town vacation from June 13 to June 30.

    The parties, by and through counsel, have conferred and respectfully request that the Court approve the following modification to the briefing schedule:

  The time to file petitioner's traverse is extended by 60 days, to August 9, 2022.

IT IS SO STIPULATED

Dated June 7, 2022.

                        Respectfully Submitted,

                        /s /STEPHANIE M. ADRAKTAS
                        State Bar #215323
                        Counsel for Defendant
                        Ezekiel Delgado


                        Rob Bonta
                        Attorney General of California
                        /s/ Charity S. Whitney
                        Deputy Attorney General
                        Attorneys for Respondent

## ORDER

Based on the stipulation of the parties above, and good cause appearing, IT IS HEREBY ORDERED that petitioner's motion for an extension of time (ECF No. 29) is granted. Petitioner shall file any traverse on or before August 9, 2022.

DATED: June 22, 2022

/s/  DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/habeas/R/delg1084.trav eot(2)

STIPULATION AND ORDER EXTENDING TIME TO FILE PETITIONER'S TRAVERSE - 3