UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZEKIEL ISIAH DELGADO,<br><br>    Petitioner,<br><br>    v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,[1]<br><br>    Respondent. | No. 2:21-cv-1084 TLN DB P<br><br><br><br>ORDER |

Petitioner is a state prisoner proceeding through counsel with a petition for a writ of habeas corpus under 28 U.S.C. § 2254. Petitioner recently filed a traverse. The parties will be ordered to inform the court whether a status conference is necessary at this time.

Accordingly, IT IS HEREBY ORDERED that

1. Within thirty days of the filed date of this order, the parties shall file a joint statement informing the court whether a status conference is necessary at this time; and

////

////

---

[1] Pursuant to Rule 2(a) of the Rules Governing § 2254 Cases, the appropriate respondent is the "state officer who has custody" of the petitioner. Respondent will be ordered to request substitution of the People of the State of California with the appropriate state officer.

1

2. Within twenty days of the filed date of this order, respondent shall request substitution of the People of the State of California with the appropriate state officer.

Dated: August 23, 2022

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB Prisoner Inbox/Habeas/R/delg1084.sts conf