UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZEKIEL ISIAH DELGADO, | No. 2:21-cv-1084 TLN DB P |
| Petitioner, | |
| v. | ORDER |
| PEOPLE OF THE STATE OF CALIF., | |
| Respondent. | |

Petitioner is a state prisoner proceeding through counsel with a petition for a writ of habeas corpus under 28 U.S.C. § 2254.  Respondent has informed the court that the appropriate named respondent in this case is Neil McDowell, Warden of Ironwood State Prison. Accordingly, the Clerk of the Court is directed to substitute Neil McDowell for People of the State of California on the docket in this matter.

IT IS SO ORDERED.

Dated:  August 30, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB Prisoner Inbox/Habeas/R/delg1084.resp id

1