UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZEKIEL ISIAH DELGADO,<br><br>Petitioner,<br><br>v.<br><br>NEIL McDOWELL,<br><br>Respondent. | No. 2:21-cv-1084-TLN-DB<br><br><br><br>**ORDER** |

Petitioner, a state prisoner proceeding through counsel, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 6, 2023, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within thirty days.  Petitioner has filed objections to the findings and recommendations.

In addition to objecting to the findings and recommendations, Petitioner argues he is entitled to a certificate of appealability under 28 U.S.C. § 2253 with respect to his *Miranda* and voluntariness claims, and his claim that there was constitutionally insufficient evidence of premeditation and deliberation.  A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28

U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court or is "'adequate to deserve encouragement to proceed further.'" *Jennings v. Woodford*, 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 (1983)). The Court finds that Petitioner has made a "substantial showing of the denial of a constitutional right" with respect to his claim that his statements to police were obtained in violation of his rights under *Miranda v. Arizona*, 396 U.S. 868 (1969).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 6, 2023 (ECF No. 36) are ADOPTED IN FULL;
2. Petitioner's petition for a writ of habeas corpus (ECF No. 1) is DENIED; and
3. The Court issues the certificate of appealability referenced in 28 U.S.C. § 2253 with respect to Petitioner's claim that his statements to police were obtained in violation of his *Miranda* rights.

Date: August 10, 2023

_____
Troy L. Nunley
United States District Judge